PAUL NIGITO v. BOROUGH OF CLOSTER.

April 5, 1977. Petition for certification denied. (See 142 *N. J. Super.* 1)

ROBERT R. GORRY v. EDWARD J. PFLEGER.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES EARL DIXON.

April 7, 1977. Petition for certification denied.

SUSAN HARDING v. CAROLINA FREIGHT CORPORATION.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROY LOPES.

April 7, 1977. Petition for certification denied.

ROBERT H. GINSBURG v. MOHAWK CONSTRUCTORS, INC.

April 7, 1977. Petition for certification denied.